| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTIOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>      v.<br>$79,000 IN UNITED STATES CURRENCY,<br>            Defendant.<br><br>CONRAD GOEHAUSEN,<br>            Claimant. | C 05-4068 BZ<br><br>STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 25, 2006 |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>      v.<br>REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL.,<br>            Defendant.<br><br>CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN,<br>            Claimants. | C 05-4359 BZ<br><br>STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO SEPTEMBER 25, 2006 |

1  The parties agree, subject to the Court's approval, that the case management conference
2  currently scheduled for Monday, August 28, 2006, at 4:00 p.m., be rescheduled for September
3  25, 2006, at 4:00 p.m. There are a number of reasons for the requested rescheduling. Counsel
4  for claimants, Gabriel Caswell, will be filing an appearance shortly and Anna Liang is not
5  available on August 28. Additional time is necessary so that government counsel and Mr.
6  Caswell can collaborate on a joint case management statement.

8  IT IS SO STIPULATED:            KEVIN V. RYAN
                                    United States Attorney

10 Dated: August 24, 2006            /s/
                                    PATRICIA J. KENNEY
11                                  Assistant United States Attorney
                                    Attorneys for the United States of America

13 Dated: August 24, 2006            /s/
14                                  ANNA LIANG
                                    Attorney for Claimants Conrad Goehausen
15                                  and Victoria Bendix Goehausen

17 IT IS SO ORDERED ON THIS 25 DAY OF AUGUST, 2006.

19                                  HONORABLE BERNARD ZIMMERMAN

Stipulation and Order changing CMC
No. C 05-4068 BZ
No. C 05-4359 BZ                   2