1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857

7 | Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

8

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | C 05-4068 BZ |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO DECEMBER 18, 2006 AT 4:00 P.M. |
| $79,000 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| CONRAD GOEHAUSEN, | |
| Claimant. | |

| UNITED STATES OF AMERICA, | C 05-4359 BZ |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO DECEMBER 18, 2006 AT 4:00 P.M |
| REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL., | |
| Defendant. | |
| CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN, | |
| Claimants. | |

1   The parties agree, subject to the Court's approval, that the case management conference
2   ("CMC") currently scheduled for Monday, November 27, 2006, be rescheduled for Monday,
3   December 18, 2006, at 4:00 p.m.  The Court previously granted three requests for rescheduling.
4   The reason for this requested rescheduling is that counsel for claimants has began a trial
5   about two weeks ago which went trial through November 17, and the undersigned government
6   counsel was also out of the office the week of November 13.  In addition, counsel are discussing
7   whether the parties can resolve these related cases without further litigation and are hopeful that
8   they will be able to do so within the next two weeks.
9   As a result, the parties request that the Court grant one last extension of the CMC and
10  reschedule it for December 18, 2006 at 4:00 p.m.  Mr. Caswell has authorized the undersigned
11  government counsel to indicate that he is in agreement with this stipulation and order by placing
12  "/s/" on the signature line for his name.

14  IT IS SO STIPULATED:                    KEVIN V. RYAN
                                            United States Attorney

16  Dated: November 20, 2006                        /s/
                                            PATRICIA J. KENNEY
17                                          Assistant United States Attorney
                                            Attorneys for the United States of America

19  Dated: November 20, 2006                        /s/
20                                          GABRIEL CASWELL
                                            Attorney for Claimants Conrad Goehausen
21                                          and Victoria Bendix Goehausen

23  IT IS SO ORDERED ON THIS  21st  DAY OF NOVEMBER, 2006.

                                            HONORABLE BERNARD ZIMMERMAN
                                            United States Magistrate Judge



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Order changing CMC
No. C 05-4068 BZ and No. C 05-4359 BZ        2