| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>$79,320 IN UNITED STATES CURRENCY,<br>　　　　　Defendant.<br>_____<br>CONRAD GOEHAUSEN,<br>　　　　　Claimant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C 05-4068 BZ<br><br>NOTICE OF SETTLEMENT |
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>REAL PROPERTY LOCATED AT<br>6 REDWOOD DRIVE, SAN RAFAEL,<br>CALIFORNIA (APN 12-201-21); ET AL.,<br>　　　　　Defendant.<br>_____<br>CONRAD GOEHAUSEN AND VICTORIA<br>BENDIX GOEHAUSEN,<br>　　　　　Claimants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C 05-4359 BZ<br><br>NOTICE OF SETTLEMENT |

1   The undersigned counsel for the government and counsel for claimants, Gabriel Caswell,
2   have entered into a signed settlement agreement to settle this case in which some of the assets are
3   forfeited and others returned to claimants.  Upon the signing of the settlement agreement by
4   claimants, counsel will ask the Court to enter the settlement agreement as an order and dismiss
5   the above-captioned actions while retaining jurisdiction to implement the settlement agreement.
6   Although counsel have signed, counsel for claimants is in the process of obtaining his clients'
7   signatures.  In the interim, counsel jointly request that the Court take the above captioned cases
8   off calendar for the case management conference parties currently set for December 18, 2006.

                                                KEVIN V. RYAN
                                                United States Attorney

Dated: December 11, 2006            _____/s/_____
                                                PATRICIA J. KENNEY
                                                Assistant United States Attorney
                                                Attorneys for the United States of America

12/12/2006

The Case Management Conference on Dec. 18, 2006 is VACATED.



GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Notice of Settlement
Nos. C 05-4068 BZ and C 05-4359 BZ            2