1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857

7 | Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| 13 | UNITED STATES OF AMERICA, ) | C 05-4068 BZ |
| | Plaintiff, ) | |
| 14 | ) | |
| | v. ) | SETTLEMENT AGREEMENT |
| 15 | ) | AND ORDER. |
| | $79,320  IN UNITED STATES ) | |
| 16 | CURRENCY, ) | |
| | Defendant. ) | |
| 17 | ) | |
| 18 | CONRAD GOEHAUSEN, ) | |
| | ) | |
| 19 | Claimant. ) | |
| 20 | ) | |
| | UNITED STATES OF AMERICA, ) | C 05-4359 BZ |
| 21 | ) | |
| | Plaintiff, ) | |
| 22 | ) | SETTLEMENT AGREEMENT |
| | v. ) | AND ORDER |
| 23 | ) | |
| 24 | REAL PROPERTY LOCATED AT ) | |
| | 6 REDWOOD DRIVE, SAN RAFAEL, ) | |
| 25 | CALIFORNIA (APN 12-201-21); ET AL., ) | |
| 26 | Defendant. ) | |
| 27 | ) | |
| | CONRAD GOEHAUSEN AND VICTORIA ) | |
| 28 | BENDIX GOEHAUSEN, ) | |
| | ) | |
| | Claimants. ) | |

1    The parties stipulate and agree as follows:

2        1.    Plaintiff is the United States of America ("United States") in both actions. There

3    are four defendants: (1) $79,320 in United States Currency (No. C 05-4068 BZ); (2) real property

4    located at 6 Redwood Drive, San Rafael, California (No. C 05-4359 BZ; (2) (Approximately)

5    $26,637.93 seized from Wells Fargo Account Numbered 029-7492050 (No. C 05-4359 BZ); (3)

6    and (Approximately) $20,708.18 seized from Bank of America Account No. 01829-14411

7    (No. C 05-4359 BZ). The only claimant in C 05-4359 is Conrad Goehausen. The two claimants

8    in C 04-4359 is Conrad Goehausen and Victoria Bendix Goehausen. Plaintiff and claimants in

9    both actions are hereafter referred to as the "parties" in this document which is hereinafter

10   referred to as the "Settlement Agreement" or "Agreement."

11       2.    After full and open discussion, the parties agree to resolve any and all claims

12   against all four defendants identified in paragraph one above.

13       3.    The parties agree that the resolution of the lawsuit is based solely on the terms

14   stated in this Settlement Agreement. It is expressly understood that this Agreement has been

15   freely and voluntarily entered into by the parties. The parties further agree that there are no

16   express or implied terms or conditions of settlement, whether oral or written, other than those set

17   forth in this Agreement. This Agreement shall not be modified or supplemented except in

18   writing signed by the parties. The parties have entered into this Agreement in lieu of continued

19   protracted litigation and District Court adjudication.

20       4.    The parties agree that claimants Conrad Goehausen and Victoria Bendix

21   Goehausen release and discharge the United States, as well as any past and present officials,

22   employees, agents, attorneys, their successors and assigns, from any and all obligations, damages,

23   liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at

24   law or in equity, known or unknown, arising out of the allegations set forth in plaintiff's

25   Complaint for Forfeiture, filed on October 7, 2005 in No. 05-4068 and Complaint for Forfeiture

26   filed on October 25, 2005 in No. C 05-4359.

27   ///

28   ///

Settlement Agreement and Order
Nos. C 05-4068 BZ and C 05-4359 BZ            2

1    5.    In order to resolve this case without the expense of further litigation, the parties

2    agree that

3         a.    defendant $79,320, defendant $26,637.93 and $708.18 of defendant

4               $20,708.18 shall be forfeited to the United States without further notice to

5               claimants;

6         b.    $20,000 of defendant $20,708.18 shall be returned to claimants by a check

7               made payable to claimants Conrad Goehausen and Victoria Bendix

8               Goehausen and to their attorney, Gabriel Caswell, and delivered within 30

9               days of the date that this Settlement Agreement is entered as an order by

10              the Court, to their attorney, Gabriel Caswell at 506 Broadway, San

11              Francisco, California; and

12        c.    the United States shall file a release of the *lis pendens* against defendant

13              6 Redwood Drive, San Rafael, California, within 15 days of the date that

14              this Settlement Agreement is entered by the Court as an order.

15   6.    The payment to claimants and the lifting of the *lis pendens* described in

16   paragraph 5 above shall be in full settlement and satisfaction of any and all claims by claimants

17   Conrad Goehausen and Victoria Bendix Goehausen, their heirs, representatives and assignees to

18   defendants.

19   7.    Claimants Conrad Goehausen and Victoria Bendix Goehausen shall hold harmless

20   the United States, including its agents, officers, representatives and employees, as well as any

21   and all state and local law enforcement officials, for any and all acts directly or indirectly related

22   to the seizure and forfeiture of defendants.

23   8.    The United States and Claimant agree that each party shall pay its own attorneys

24   fees and costs.

25   ///

26   ///

27   ///

28   ///

Settlement Agreement and Order
Nos. C 05-4068 BZ and C 05-4359 BZ              3

1    9.    Based on the foregoing, the parties agree that the Court shall dismiss this action,

2  but retain jurisdiction for implementation of this Settlement Agreement.

3  IT IS SO STIPULATED:                          KEVIN V. RYAN
                                                  United States Attorney
4        *January 31, 2007*
   Dated: December 11, 2006
5                                                 PATRICIA J. KENNEY
                                                  Assistant United States Attorney
6                                                 Attorneys for the United States of America

7

8  Dated: December 11, 2006

9                                                 GABRIEL CASWELL
                                                  Attorney for Claimants Conrad Goehausen
                                                  and Victoria Bendix Goehausen
10
   Dated: December 11, 2006
11                                                CONRAD GOEHAUSEN
                                                  Claimant
12
   Dated: December 11, 2006
13                                                VICTORIA BENDIX GOEHAUSEN
                                                  Claimant
14

15  PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED

16  ON THIS __1__ DAY OF ~~DECEMBER~~, 2006, AND IT IS FURTHER ORDERED THAT THIS

17  CASE BE, AND HEREBY IS, DISMISSED.  THE COURT SHALL RETAIN JURISDICTION

18  FOR THE IMPLEMENTATION OF THIS SETTLEMENT AGREEMENT.

19

20

21                                                HONORABLE BERNARD ZIMMERMAN
                                                  United States Magistrate Judge
22

23

24

25

26

27

28

Settlement Agreement and Order
Nos. C 05-4068 BZ and C 05-4359 BZ            4